UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ERNEST MOORE,

    Plaintiff,

v.                                                                                                Case No. 5:10-cv-541-Oc-10TBS

MARK DEBIASE, INC., d/b/a
JOINT VENTURE,

    Defendant.

_____

## ORDER

Pending before the Court is Defendant, Mark Debiase, Inc.'s Motion to File Certain Exhibits to its Dispositive Motion for Summary Judgment Under Seal and Motion for Extension of Time to File those Exhibits (Doc. 10).

Defendant seeks leave to file under seal seven exhibits in support of its Motion for Summary Judgment. Defendant provides some limited information regarding the nature of these exhibits however, Defendant fails to comply with the requirements of Local Rule 1.09, including providing an explanation as to why sealing is necessary and why other means, such as redaction, are unsatisfactory. Accordingly, Defendant's Motion (Doc. 10) is DENIED without prejudice to renew upon compliance with Local Rule 1.09.

    IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on March 6, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel